**Order entered August 30, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00299-CR

### KENNETH ALLEMAN MIDGLEY, II, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 366th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 366-82836-2017

## ORDER

Appellant has informed the Court that he wishes to file a pro se response to the August 13, 2019 *Anders* brief filed by appellate counsel. Accordingly, we **ORDER** appellate counsel Maria Tsao Tu to provide appellant with copies of the clerk's and reporter's records. We further **ORDER** Ms. Tu to provide this Court, within **THIRTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **November 1, 2019**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Raymond Wheless, Presiding Judge, 366th Judicial District Court; Antoinette Varela, court reporter, 366th Judiical District Court; Lynne Finley, Collin County District Clerk; Maria Tsao Tu; and the Collin County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first class mail, to Kenneth Alleman Midgley II, TDCJ #02252631, Allred Unit, 2101 FM 369 North, Iowa Park, TX 76367.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE